

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | BRIAN J. SLIPAKOFF | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1195 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 405 3897 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* bslipakoff@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

May 13, 2025

**VIA ECF**

Clerk,
United States District Court for the Eastern
District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Small v. Shapiro DiCaro & Barak LLC, et al.*, No. 1:25-cv-01834-LKE (E.D.N.Y.)

Dear Clerk:

  This firm acts Defendant Shapiro DiCaro & Barak LLC.  This case is part of the EDNY Direct Assignment Pilot Program.  Please be advised that Shapiro DiCaro & Barak LLC intends to file a Motion to Dismiss.  Accordingly, kindly assign a district judge to this matter.

  Thank you for your attention to this matter.

             Sincerely,

             Brett L. Messinger

cc: Kimberly G. Wroblewski, Esq.
   Mark S. Anderson, Esq.

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196     PHONE: +1 215 979 1000   FAX: +1 215 979 1020
C:\Users\emariney\OneDrive - Duane Morris LLP\2025.05.09 - Letter to clerk re assignment of district judge